# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Donna J. Lehman, et al, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiffs, | ) | CV 11-0579-PHX-FJM |
| | ) | |
| v. | ) | |
| | ) | |
| Maricopa County Community College District, et al, | ) | |
| | ) | |
| Defendants. | ) | |

____  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 24, 2012, judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and complaint and action are dismissed.

                                                        BRIAN D. KARTH
                                                       District Court Executive/Clerk

August 24, 2012

                                                       s/ D. Taylor
                                                     By: Deputy Clerk


cc: (all counsel)