FILED

MAY 15 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONNA J. LEHMAN and BRIAN LEHMAN, husband and wife,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT; et al.,<br><br>        Defendants - Appellees. | No. 12-17093<br><br>D.C. No. 2:11-cv-00579-FJM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

     Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

     A copy of this order shall serve as and for the mandate of this court.

                                 FOR THE COURT


                                 By: Roxane G. Ashe
                                 Circuit Mediator

RGA/Mediation